UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kathleen M. Tafoya<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 97-cr-00154-ZLW | FTR KMT PM |
| July 22, 2009 | |
| UNITED STATES OF AMERICA | Kasandra Carleton |
| v. | |
| DAVID ALLEN BARBE | Without Counsel |

**INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION**

Court in Session: 1:35 pm

Court calls case and appearances of counsel.

Jerald Mason is present from pretrial services.

The defendant is advised of rights, charges and possible penalties.

The defendant is requesting court appointed counsel.

Financial affidavit reviewed.

The court finds that the defendant qualifies for court appointed counsel.

The court appoints an attorney from the office of the Federal Public Defender to represent the defendant.

Government is seeking detention.

**ORDERED:** Detention and preliminary hearing set July 27, 2009 at 10:00 am.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 1:52 pm

Total Time: 17 minutes

Hearing concluded.