IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

| | |
|---|---|
| Criminal Case No.: 97-cr-00154-ZLW | FTR KMT AM |
| Courtroom Deputy: Kathy Triplett | Date: July 27, 2009 |
| Probation Officer: Veronica Ramirez | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Jim Hearty |
| Plaintiff, | |
| vs. | |
| DAVID BARBE, | Warren Williamson |
| Defendant. | |

_____

Detention and Preliminary Hearing on Supervised Release Violation
_____

Court in session: 10:34 a.m.

Court calls case and appearances.

Defendant waived preliminary and detention hearing.

Defendant advised and waiver form executed.

Findings by the court.

**ORDERED: Defendant to be detained pending final hearing by the district court. Counsel is referred to chambers for next hearing date.**

Defendant remanded to custody.

Court in recess: 10:36 a.m.     Hearing duration: 2 minutes