IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 97-cr-00154-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ALLEN BARBE,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: July 29, 2009

    It is ORDERED that a supervised release violation hearing is set on Wednesday, September 9, 2009, at 2:30 p.m. in Courtroom 801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado  80294.