IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  97-cr-00154-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ALLEN BARBE,

    Defendant.

_____

GOVERNMENT'S RESPONSE TO
DEFENDANT'S OBJECTION TO VIOLATION REPORT
_____

The United States of America, by its undersigned counsel, hereby responds to Defendant's Objection to Violation Report (Doc. #56).

<u>Defendant's Proposed Alternative Sentence</u>:  As an initial matter, the government notes that it has conferred with the assigned Probation Officer regarding the defendant's "proposed alternative" sentence for the violations alleged in the Supervised Release Violation Report prepared August 28, 2009.  The Probation Officer indicated that the Probation Office does not object to the defendant's proposed alternative sentence outlined in the Defendant's Objection Violation Report at page 4.  As such, the government also does not object.

<u>Additional Supervised Release Term to Follow a 10-Month Sentence of Imprisonment</u>:  The government agrees with the defendant that if the Court sentences the defendant to the maximum sentence of imprisonment term remaining of 10 months, the Court may not impose an additional term of supervised release to follow.

<u>Defendant Waived any Objection to Sentence Imposed on July 25, 2003</u>:  The defendant now, for the first time, challenges the sentence imposed over six years ago when the defendant's supervised release was initially revoked.  By failing to raise the issue on direct appeal, the defendant waived his right to challenge the legality of his sentence.  *United States v. Turner*, 88 Fed.Appx. 307, 310 (10th Cir. 2004)(holding that defendant waived challenge that his sentence to supervised release was illegal when he argued that his supervised release could not be revoked).  Federal Rule of Appellate Procedure 4(b)(1)(A) provides that "[i]n a criminal case, a defendant's notice of appeal must be filed in the district court within 10 days after the later of: (i) the entry of either the judgment or the order being appealed; or (ii) the filing of the government's notice of appeal."  The defendant did not file an appeal of his sentence within the ten-day period and therefore his attack on the legality of his sentence is clearly time-barred under the Federal Rules of Appellate Procedure.

Moreover, the defendant suffered no prejudice due to the illegality of the longer term of supervised release that was imposed.  The defendant's position is that the maximum term of supervised release that the Court could have lawfully imposed on the prior revocation was 22 months rather than 34 months.  All seven of the violations alleged in the pending violation report occurred prior to November 17, 2004 – well within 22 months of his release from imprisonment on the prior revocation.

Dated: September 8, 2009

Respectfully submitted,

DAVID M. GAOUETTE
United States Attorney


By:  s/ James O. Hearty
JAMES O. HEARTY
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0403
E-mail: james.hearty@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of September, 2009, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO VIOLATION REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Rick Williamson
    rick_williamson@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

    Senior Judge Zita L. Weinshienk
    weinshienk_chambers@cod.uscourts.gov

    Veronica Ramirez, U.S. Probation
    veronica_ramirez@cod.uscourts.gov

                                  By: s/ Veronica Ortiz
                                      VERONICA ORTIZ
                                      Legal Assistant
                                      1225 Seventeenth Street, Suite 700
                                      Denver, Colorado 80202
                                      Telephone: (303) 454-0100
                                      Facsimile: (303) 454-0403
                                      E-mail: Veronica.Ortiz@usdoj.gov