IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk
September 9, 2009

                 Darlene Martinez, Court Reporter
                 Patricia Glover, Deputy Clerk
                 Veronica Ramirez, Probation Officer

Criminal Action No. 97-cr-00154-ZLW

| | |
|---|---|
| UNITED STATES OF AMERICA, | James Hearty |
|   Plaintiff, | |
| v. | |
| DAVID ALLEN BARBE, | Warren Williamson |
|   Defendant. | |

## COURTROOM MINUTES

Supervised Release Violation Hearing

2:47 p.m.  Court in session.

Defendant is present in custody.

Mr. Williamson states that Defendant will admit all of the allegations in the two petitions filed on October 22, 2004 and August 20, 2009.

Defendant admits all four Violations in the October 22, 2004 Petition and the two Violations in the supplemental Petition dated August 20, 2009.

Statements by Mr. Hearty, Mr. Williamson and Defendant.

**ORDERED**: Defendant's supervised release is REVOKED.

**ORDERED**:   Defendant is sentenced to time served.

**ORDERED**:   Defendant shall be placed on supervised release for a term of 20 months.

**ORDERED**:   Conditions of supervised release:

- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with standard conditions as adopted by the Court.
- (X)   Defendant shall not unlawfully possess a controlled substance.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**SPECIAL CONDITIONS** of supervised release:

- (X)   Defendant shall pay the balance of any outstanding fine or restitution. Interest on the restitution is WAIVED.
- (X)   Defendant will not incur any new credit charges or open any additional lines of credit without the approval of the probation officer.
- (X)   Defendant shall participate in a program of mental health treatment as approved by the probation officer until such time that he is released from the program by the probation officer.
- (X)   The defendant will be required to pay for the cost of treatment as directed by the probation officer
- (X)   Defendant shall reside in a halfway house for up to 6 months or until he secures a personal residence with the approval of the probation department.

**ORDERED:**   No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED**:   Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

3:25  p.m.    Court in recess.

Hearing concluded.
Time:           38 minutes.