PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. DAVID ALLEN BARBE                    Docket Number: 97-cr-00154-ZLW-01

**Petition for Issuance of Warrant Due to Violations of Supervised Release**

COMES NOW, Veronica Ramirez, probation officer of the Court, presenting an official report upon the conduct and attitude of David Allen Barbe who was placed on supervision by the Honorable Zita L. Weinshienk sitting in the Court at Denver, Colorado, on the 6th day of October, 1997, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

2. Defendant shall participate in a program of mental health counseling if deemed necessary by the Probation Officer. Defendant will be required to pay the costs of said treatment.

**On July 25, 2003, the defendant's term of supervised release was revoked and he was sentenced to fourteen (14) months imprisonment to be followed by thirty-four (34) months of supervised release with the previously imposed conditions to remain in full force and effect.**

**On June 7, 2004, the Court modified the defendant's conditions as follows:**

3. The defendant shall reside in a community corrections center for a period of 120 days to commence June 24, 2004, and shall observe the rules of that facility.

**On September 9, 2009, the defendant's term of supervised release was revoked and he was sentenced to time served to be followed by twenty (20) months supervised release with the special conditions as follows:**

1. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report, for continuity of treatment.

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

3. The defendant shall reside in a residential reentry center for a period of up to 6 months, to commence as soon as bed space is available, and shall observe the rules of that facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of supervised release and that the petition and warrant be sealed until the arrest of the defendant. Subsequent to the arrest of the defendant, that the Court consider revocation of supervised release.

### ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 17th day of December, 2009, and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Veronica Ramirez |
| *[signature: Zita Leeson Weinshienk]* | Veronica Ramirez<br>Senior U.S. Probation Officer |
| Zita L. Weinshienk<br>U.S. Senior District Court Judge | Place: Denver, Colorado<br>Date: December 16, 2009 |

## ATTACHMENT

On September 28, 2009, the conditions of supervised release were read and explained to the defendant. On that date he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of supervised release commenced on September 9, 2009.

The defendant has committed the following violation of supervised release:

**1.      FAILURE TO RESIDE IN/COMPLY WITH RULES OF A RESIDENTIAL REENTRY CENTER (RRC):**

On or about December 11, 2009, the defendant absconded from the residential reentry center, which constitutes a Grade C violation of supervised release.

This charge is based on the following:

On December 11, 2009, at approximately 9:10 a.m., the defendant signed out of Independence House, the Residential Reentry Center (RRC) located at 2765 South Federal Boulevard, Denver, Colorado, on a work pass. The defendant was reportedly going to work at El Centro Esperanza located at 881 Federal boulevard, Denver, Colorado. At approximately 12:30 p.m., the defendant's employer called the RRC to notify the staff that he had failed to arrive at work. A jail and hospital search was conducted with negative results. The defendant failed to return to the RRC and has had no contact with the Probation Office. The defendant's whereabouts are unknown.