IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 97-cr-00154-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID BARBE,

    Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender

    s/ Warren R. Williamson
    Warren R. Williamson
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Rick_Williamson@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2009, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    U.S. Attorney's Office
    email: usaco.ecfcriminal@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    David Barbe *(Via Mail)*

    U.S. Attorney's Office *(Via Hand-Delivery)*


                                      s/ Warren R. Williamson
                                      Warren R. Williamson
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      Rick_Williamson@fd.org
                                      Attorney for Defendant