# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 97-cr-00154-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ALLEN BARBE,

    Defendant.

---

## ORDER GRANTING MOTION TO UNSEAL DOCUMENTS

This matter is before the Court on Defendant David Barbe's Motion to Unseal Doc. ## 60, 61, and 62. (Doc. # 64.) The Court, having reviewed Defendant's Motion, and finding good cause therefore, hereby

ORDERS that Defendant's Motion (Doc. # 64) is GRANTED. The Clerk of the Court respectfully is DIRECTED to unrestrict Doc. ## 60, 61, and 62.

DATED: July 30, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge